**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6158**

———————

CARL GREEN,

                                        Petitioner - Appellant,

        versus

JOHN LAMANNA, Warden of FPC Edgefield in his
official capacity,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, District
Judge.  (3:06-cv-02377-PMD)

———————

Submitted:  June 15, 2007              Decided:  June 20, 2007

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Green, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Green, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Green v. LaManna, No. 3:06-cv-02377-PMD (D.S.C. filed Jan. 22, 2007; entered Jan. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED